IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY BLAIR, | : | Civil No. 1:24-CV-02248 |
| Plaintiff, | : | |
| v. | : | |
| J. TERRA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to reopen the case and reimburse the $200.00 filing fee, Doc. 32, is **GRANTED** in part and **DENIED** in part.

2. The Clerk of the Court is directed to **REIMBURSE** Plaintiff $200.00 to be paid to his prisoner trust fund account.

3. Plaintiff's request to reopen the case is **DENIED** without prejudice to renewing the motion after he pays the full filing fee of $405.00.

4. Plaintiff's motion to examine his institutional medical records, Doc. 32, is **DENIED** without prejudice.

5. Plaintiff's motion for reconsideration of the court's order denying his motion to proceed *in forma pauperis*, Doc. 33, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania